**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TRENCE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-1431-JAR-GLR |
| ) | |
| CITY OF ARKANSAS CITY, KANSAS ) | |
| ) | |
| Defendant ) | |
| ) | |

**PLAINTIFF'S MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS AND FOR EXPENSES**

Plaintiff Trence Robinson respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 37, to compel Defendant, the City of Arkansas City, Kansas, to make additional efforts to locate and to produce responsive paper documents and ESI and to produce forensic copies of its ESI for Plaintiff's inspection and review. He further moves the Court, pursuant to Federal Rules of Civil Procedure 26 and 37 and the Court's inherent power to manage its affairs, for monetary sanctions against the City for its failure to reasonably locate and produce responsive documents and for failing to prepare a knowledgeable Rule 30(b)(6) representative to testify on its behalf.

        Respectfully submitted,

        FOULSTON SIEFKIN LLP

By */s/ Charles E. McClellan*
    C. Edward Watson, II, #23386
    Todd N. Tedesco, #15652
    Charles E. McClellan, #23692
    1551 N. Waterfront Parkway, Suite 100
    Wichita, KS 67206-4466
    Telephone: 316.267.6371
    Facsimile: 316.267.6345
    cewatson@foulston.com
    ttedesco@foulston.com
    cmcclellan@foulston.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alan L. Rupe        E-mail: alan.rupe@kutakrock.com
Trinidad P. Galdean    E-mail: trinidad.galdean@kutakrock.com
Jessica L. Garner     E-mail: jessica.garner@kutakrock.com
Kutak Rock LLP
1605 N. Waterfront Parkway, Ste. 150
Wichita, KS 67206

        */s/ Charles E. McClellan*
        Charles E. McClellan, #23692